[No. 22914-5-II.    Division Two.    May 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. QUTISHA
BETHEA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-8-02519-0, Rudolph J. Tollefson, J., entered
January 14, 1998. *Reversed* by unpublished opinion per
Bridgewater, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 23011-9-II.    Division Two.    May 7, 1999.]

*In the Matter of the Marriage of* SHARI D. MOSTROM,
*Respondent*, and MICHAEL J. MOSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-3-05031-6, Grant L. Anderson, J., entered
January 30, 1998. *Reversed* by unpublished opinion per
Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 23131-0-II.    Division Two.    May 7, 1999.]

MARK A. MILLER, ET AL., *Appellants*, v. WESLEY C.
BRENTON, ET AL., *Defendants*, ELEANOR J. OLSON, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-2-00279-0, James D. Ladley, J., entered
March 27, 1998. *Reversed* by unpublished opinion per Armstrong, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 23311-8-II.    Division Two.    May 7, 1999.]

DAWN I. WESSEL, *Appellant*, v. THE CITY OF PACIFIC,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-04611-0, Karen L. Strombom, J., entered
April 2, 1998. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Armstrong, A.C.J., and Houghton, J.